**Opinion issued August 28, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-25-00347-CV**

———————————

**NICHOLAS DARBY AND JEREMY DARBY, Appellants**

**V.**

**AVRI JAMES PROPERTIES, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1247911**

---

## MEMORANDUM OPINION

Appellants, Nicholas Darby and Jeremy Darby, proceeding pro se, filed a notice of appeal from the trial court's May 5, 2025 final judgment. Appellants have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The clerk's record was filed on May 14, 2025, and on May 27, 2025, the official court reporter for the County Civil Court at Law No. 4 of Harris County, Texas notified the Court that no record was taken in the underlying cause. Accordingly, appellants' brief was due on June 26, 2025. *See* TEX. R. APP. P. 38.6(a). Appellants failed to timely file a brief.

On July 3, 2025, the Clerk of this Court notified appellants that the time for filing a brief had expired and the appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellants did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c); 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.